# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

JULIAN ROZANI,

        Plaintiff,

v.

WEBCOLLEX, LLC,

        Defendant.

Case No. 19-CV-980-JPS

**ORDER**

On December 5, 2019, the parties filed a stipulation of dismissal of this action with prejudice and without costs or fees assessed to any party. (Docket #15). The Court will adopt that stipulation. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly,

**IT IS ORDERED** that the parties' joint stipulation of dismissal (Docket #15) be and the same is hereby **ADOPTED**; and

**IT IS FURTHER ORDERED** that this action be and the same is hereby **DISMISSED with prejudice** and without costs to any party.

Dated at Milwaukee, Wisconsin, this 11th day of December, 2019.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge